# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)  DIAZ, ALBERT | 2. Court or Organization  FOURTH CIRCUIT | 3. Date of Report  08/08/2020 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  CIRCUIT JUDGE ACTIVE | 5a. Report Type (check appropriate type)  ☐ Nomination  Date  ☐ Initial  ☑ Annual  ☐ Final  5b. ☐ Amended Report | 6. Reporting Period  01/01/2019  to  12/31/2019 |

**7. Chambers or Office Address**

FIFTH THIRD CENTER
201 N. TRYON ST., SUITE 1440
CHARLOTTE, NC 28202

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Member | Contracts Law Drafting Committee, National Conference of Bar Examiners |
| 2. | Board of Advisors | Antonin Scalia Law School (George Mason University) Judicial Education Program |
| 3. | Executive Committee (Chair Elect/Chair) | Appellate Judges Conference, American Bar Association |
| 4. | Board of Directors (Vice-Chair/Chair) | Appellate Judges Education Institute |
| 5. | Board of Directors | Federal Judges Association |
| 6. | Trustee | Trust #1 (Unfunded) |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2006 | Judicial Retirement Plan, receiving annual pension from the State of North Carolina for prior service as a state trial judge |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2019 | Multistate Bar Exam Contracts Drafting Committee, National Conference of Bar Examiners stipend | $7,000.00 |
| 2. 2019 | North Carolina Judicial Retirement | $21,469.44 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American Bar Association | 1/24/19 to1/27/19 | Las Vegas, NV | Attend Bar Meeting | Transportation |
| 2. | University of Michigan School of Law | 3/31/19 to 4/2/19 | Ann Arbor, MI | Preside over Moot Court competition | Transportation, meals, hotel |
| 3. | National Conference of Bar Examiners | 4/4/19 to 4/7/19 | Beverly Hills, CA | Attend Committee Meeting | Transportation, meals, hotel |
| 4. | Federal Judges Association | 4/15/19 to 4/16/19 | Dallas, TX | Attend Board Meeting | Transportation, meals, hotel |
| 5. | Campbell University School of Law | 5/10/19 to 5/11/19 | Raleigh, NC | Give Commencement Address | Transportation, meals, hotel |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | DIAZ, ALBERT | 08/08/2020 |

| 6. | Appellate Judges Education Institute | 7/22/19 to 7/24/19 | Reno, NV | Attend Committee Meeting | Transportation, hotel |
|---|---|---|---|---|---|
| 7. | NC Association of Municipal Attorneys | 8/1/19 to 8/2/19 | Asheville, NC | Speak at CLE Program | Transportation, hotel |
| 8. | American Bar Association | 9/11/19 to 9/13/19 | Chicago, IL | Attend Bar Meeting | Transportation, meals, hotel |
| 9. | National Conference of Bar Examiners | 10/3/19 to 10/6/19 | Brooklyn, NY | Attend Committee Meeting | Transportation, meals, hotel |

| Name of Person Reporting | Date of Report |
|---|---|
| DIAZ, ALBERT | 08/08/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. American Express | Revolving Charge Card | K |
| 2. Discover Card | Revolving Charge Card | J |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DIAZ, ALBERT | 08/08/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Vanguard Primecap Fund Admiral IRA | | None | | | Sold | 04/22/19 | M | | |
| 2. Vanguard Primecap Fund Admiral IRA (Brokerage Account) | D | Dividend | M | T | Buy | 04/22/19 | M | | |
| 3. Vanguard 500 Index Fund Admiral IRA | | None | | | Sold | 04/22/19 | M | | |
| 4. Vanguard 500 Index Fund Admiral IRA (Brokerage Account) | B | Dividend | M | T | Buy | 04/22/19 | M | | |
| 5. T. Rowe Price Mid Cap Growth Fund IRA | B | Dividend | K | T | | | | | |
| 6. T. Rowe Price Capital Appreciation Fund IRA | C | Dividend | L | T | | | | | |
| 7. USAA Insurance Co. Subscriber Account | | None | J | T | | | | | |
| 8. Navy Federal Credit Union Accounts | A | Interest | K | T | | | | | |
| 9. Vanguard Total Stock Market Index Fund Institutional Shares 401K | | None | | | Sold | 09/06/19 | M | | |
| 10. Vanguard Total Bond Index Fund Institutional Shares 401K | A | Dividend | | | Sold | 09/06/19 | M | | |
| 11. Vanguard Midcap Index Fund Institutional Shares 401K | | None | | | Sold | 09/06/19 | L | | |
| 12. Vanguard Federal Money Market Fund IRA (Brokerage Account) | A | Dividend | K | T | Buy | 09/20/19 | N | | |
| 13. | | | | | Sold (part) | 09/24/19 | M | | |
| 14. | | | | | Sold (part) | 09/24/19 | M | | |
| 15. | | | | | Sold (part) | 10/15/19 | K | | |
| 16. Vanguard Total Bond Index Fund Admiral IRA (Brokerage Account) | B | Dividend | M | T | Buy | 09/24/19 | M | | |
| 17. Vanguard Total Stock Market Index Fund Admiral IRA (Brokerage Account) | A | Dividend | M | T | Buy | 09/24/19 | M | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DIAZ, ALBERT | 08/08/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. | Vanguard Short Term Bond Index Fund Admiral IRA (Brokerage Account) | A | Dividend | L | T | Buy | 10/15/19 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **DIAZ, ALBERT** | 08/08/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part I:  The trust is a unfunded trust created in December 2015.

| Name of Person Reporting | Date of Report |
|---|---|
| DIAZ, ALBERT | 08/08/2020 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ ALBERT DIAZ**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544